BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00080-AWI-DLB |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RICHARD D. BROWN, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Richard D. Brown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Richard D. Brown's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Acer laptop bearing serial number LXAZN0Y002903DE5811601;

   b. Seven Sandisk thumb-drives containing child pornography;

   c. One Memorex thumb-drive containing child pornography; and

1            d.    Three DVDs containing child pornography.
2       2.    The above-listed assets constitute property containing
3  visual depictions mailed, shipped, or transported, or was used or
4  intended to be used in any manner or part to commit and to
5  promote the commission of a violation of 18 U.S.C. § 2252(a)(2).
6       3.    Pursuant to Rule 32.2(b), the Attorney General (or a
7  designee) shall be authorized to seize the above-listed property.
8  The aforementioned property shall be seized and held by the
9  Department of Homeland Security, Customs and Border Protection in
10 its secure custody and control.
11      4.    a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
12 U.S.C. § 853(n), and Local Rule 171, the United States shall
13 publish notice of the order of forfeiture.  Notice of this Order
14 and notice of the Attorney General's (or a designee's) intent to
15 dispose of the property in such manner as the Attorney General
16 may direct shall be posted for at least 30 consecutive days on
17 the official internet government forfeiture site
18 www.forfeiture.gov.  The United States may also, to the extent
19 practicable, provide direct written notice to any person known to
20 have alleged an interest in the property that is the subject of
21 the order of forfeiture as a substitute for published notice as
22 to those persons so notified.
23           b.    This notice shall state that any person, other
24 than the defendants, asserting a legal interest in the above-
25 listed property, must file a petition with the Court within sixty
26 (60) days from the first day of publication of the Notice of
27 Forfeiture posted on the official government forfeiture site, or
28 within thirty (30) days from receipt of direct written notice,

whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     August 2, 2012
                                    CHIEF UNITED STATES DISTRICT JUDGE