BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00080-AWI-DLB |
| | ) |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| | ) |
| v. | ) |
| | ) |
| RICHARD D. BROWN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

WHEREAS, on August 3, 2012, the Court entered a Preliminary

Order of Forfeiture, forfeiting to the United States all right,

title, and interest of defendant Richard D. Brown in the following

property:

      a.    Acer laptop bearing serial number
            LXAZN0Y002903DE5811601;

      b.    Seven Sandisk thumb-drives containing child
            Pornography;

      c.    One Memorex thumb-drive containing child
            pornography; and

      d.    Three DVDs containing child pornography.

AND WHEREAS, beginning on August 7, 2012, for at least 30

consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Richard D. Brown.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  November 26, 2012        _____
                                UNITED STATES DISTRICT JUDGE